| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* <br> 2:14CR01665-002KG |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 19-cr-503-CMA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| VERNON NATHAN LILLY | NEW MEXICO | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Kenneth J. Gonzales, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/25/2019 | TO 10/24/2021 |

OFFENSE

21 U.S.C Sec. 846: Count 1, Conspiracy to Violate 21 U.S.C. Sec. 841(b)(1)(C)
21 U.S.C. Sec. (b)(1)(C), Count 2, Possession with Intent to Distribute 50 Kilograms and More of Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       DISTRICT OF       NEW MEXICO

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/8/2019
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       DISTRICT OF       COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 27, 2019
*Effective Date*

*United States District Judge*