IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00503-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VERNON NATHAN LILLY,

    Defendant.

## ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

__X__    ORDERS the issuance of an arrest warrant.

____    ORDERS the issuance of a summons.

____    DENIES the request.

DATED:  September 23, 2021

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge