IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-CR-00503-CMA-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VERNON NATHAN LILY,

        Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 24th day of September 2021.

        MATTHEW T. KIRSCH
        Acting United States Attorney

By:    *s/ Rebecca Weber*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Rebecca.Weber@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 24th day of September 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Jasmine Lopez*
Legal Assistant
United States Attorney's Office