IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00503-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

VERNON NATHAN LILLY,

       Defendant.

## NOTICE OF APPEARANCE

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       *s/ David Kraut*
       DAVID KRAUT
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:     (303) 294-7002
       FAX:             (303) 294-1192
       Email:          David_Kraut@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Rebecca S. Weber, Assistant United States Attorney
E-mail:  Rebecca.Weber@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Vernon Nathan Lilly (via U.S. mail)

                                              *s/ David Kraut*
                                              DAVID KRAUT
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone:     (303) 294-7002
                                              FAX:               (303) 294-1192
                                              Email:              David_Kraut@fd.org
                                              Attorney for Defendant