AO 468 (Rev 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
**VERNON LILLY** ) Case No. **19-cr-503**
_Defendant_ )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: **10/26/21**

_Defendant's signature_

_Signature of defendant's attorney_

**DAVID KRAUT CO. 40282**
_Printed name and bar number of defendant's attorney_

**633 17th St. Suite 1000 Denver**
_Address of defendant's attorney_

**david_kraut@fd.org**
_E-mail address of defendant's attorney_

**303-294-7002**
_Telephone number of defendant's attorney_

_FAX number of defendant's attorney_