# Exhibit A

Office of the
# Federal Public Defender
Districts of Colorado and Wyoming

Tracy R. Hucke, Wyoming Branch Supervisor  
Mary V. Butterton, Senior Litigator

**Virginia L. Grady, Federal Public Defender**  
Matthew K. Belcher, First Assistant

O. Dean Sanderford, Chief, Appeals  
John C. Arceci, Senior Counsel

# MEMORANDUM

DATE:       January 26, 2022

TO:         David Kraut

FROM:       Jessica Leto

RE:         Interview of Caroline Lily

---

Today I spoke telephonically with Caroline Lily (719-980-1971).  She provided the following information:

- She is formally married to Vernon.  They were married on 9/22/2007.  She met Vernon in 2002.  They were working together and that's how they met.  He is from Colorado but a majority of his family now lives in Indianapolis.  This is why they were married there.  She is originally from Texas and moved to Colorado in 2002.
- Combined they have 9 children.  They have two biological children.  A daughter who is 18 and a son who is 16.  They both still live in the home with Caroline.
    - The other 7 children are a combination of children from previous relationships.
- She is a manager at the Dollar General.  She has been the manager there for the past 4 years.  Prior to that she was a "key carrier" for one year.  So she has worked for the Dollar General for approximately 5 years.
- Vernon can live with her and the kids when he gets out.  The home they live in is rented and is a single family home.  The address is 341 Locust Ave, Las Animas.  They have been in that home for the last 4 years.
- She has no history of drug use or addiction.
- Prior to being arrested Vernon worked at the LA Café and was also working for a "third party distributor" for Dollar General.

**Cheyenne, Wyoming**  
214 W. Lincolnway, Suite 31A  
Cheyenne, WY 82001  
Phone: 307-772-2781  
Fax:  307-772-2788

**Denver, Colorado**  
633 17th Street, Suite 1000  
Denver, CO  80202  
Phone: 303-294-7002  
Fax:  303-294-1192

**Casper, Wyoming**  
Ewing T. Kerr Federal Building  
111 South Wolcott Street, Room 312  
Casper, WY  82601  
Phone: 307-772-2781  
Fax:  307-772-2788

www.cofpd.org

- - Caroline indicated to me that she has spoken to the district manager of that third party distributor and Vernon can have the same job back when he gets out.
- Vernon has some training in culinary arts. "It is his passion." He did not graduate but he "loves to cook."
- When asked about why she thinks this time will be different, in terms of her role in Vernon's sobriety, she listed a number of things:
  - Her assistant manager's husband is a drug counselor and he has agreed to assist with Vernon's sobriety.
  - She has spoken with the peer specialists at a place called Resada (https://resadatreatment.com/).  She claims they have agreed to assist with Vernon's sobriety.  The drug counselor also works at this clinic.
  - Caroline states this time she has "a plan of action."
- I asked about what would be different for Vernon and his sobriety this time around and she stated:
  - She believes this time he is realizing that his addiction is affecting other people. Before he was under the assumption he wasn't hurting anyone.
  - She also stated that Vernon labeled himself a "functioning addict." However now he is realizing that he's not really functioning.
  - Caroline and the kids have always supported him in his sobriety.  He has another group of family and friends that doesn't support him.  One time she suspected Vernon was using and was trying to talk to his family about it.  However Vernon would tell them, "she's crazy" and "I'm not doing anything."
    - Now he is realizing that this other group of people don't really care about him.  He's finding out the he was benefiting them, but they weren't benefiting him.
    - She believes he will no longer be in contact with these people.
      - Caroline stated that Vernon's mother has not even called to ask about the kids since Vernon was arrested.
- The last time Vernon was revoked, he was being treated for Mental Health issues. He was being treated for PTSD and depression.  He was on medication and then fell off the medication track.
  - Caroline believes that the medication was helping.  He was also in mental health treatment and she believes both of these things were helping him.
  - She believes he needs to be back on his medicine and receiving the professional treatment.  She believes these are key to his sobriety.
- Caroline expressed frustration with the probation officer.  She stated that she has always been supportive of Vernon however probation never told her he was using again.  She suspected he was, but when she confronted him he said he wasn't.  So since she didn't have any proof, she had to go off his word.  If probation had confirmed that for her, she could have intervened or tried to help.  Instead he was just revoked.
- Caroline remains supportive of Vernon and will do what she can to participate in his sobriety plan.
- We can call her again if we need anything further.