IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:19-cr-00503-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    VERNON NATHAN LILLY,

    Defendant.

## GOVERNMENT'S SENTENCING STATEMENT

The United States of America respectfully submits the following sentencing statement in advance of the Final Supervised Release Hearing set for February 9, 2022. The defendant indicates he will admit all 8 allegations and requests a sentence of 6 months.  (#19).  Probation requests a sentence of 10 months.  (#18).  The government requests a mid-range sentence of **9 months**.  All parties recommend termination of supervised release following a custodial period.

    I.    **Background**

On February 17, 2015, the defendant was sentenced in the District of New Mexico to 376 days or time served (whichever was less) and 5 years of supervised release for Count 1, Conspiracy to Violate 21 U.S.C. § 846, and Count 2, Possession with Intent to Distribute 50 Kilograms or More of Marijuana, 21 U.S.C. § 841(b)(1)(C). (#1-1.).  Supervision commenced on February 17, 2015.

On March 15, 2017, he was sentenced to 6 months in custody for Failing to Refrain from Any Unlawful Use of a Controlled Substance and Failing to Reside at and Complete a Program at the Residential Reentry Center ("RRC").  (#1-2).  On August 6, 2019, he was sentenced again to 6 months in custody for various drug-related violations.  (#1-3).  On December 4, 2019, supervision commenced in this district before this Court.

The superseding petition alleges marijuana use on January 27, 2020 and methamphetamine and marijuana use on six other dates between February 19, 2020 and September 20, 2021.  (#17).  The petition also alleges failure to report to the probation officer on July 16, 2020.  (*Id.*).

**II.     Argument**

The defendant intends to admit all 8 violations.  They are all Grade B violations, resulting in a range of imprisonment of 6-12 months based on a criminal history category II.  (#17, #18).  The government requests a mid-range sentence of 9 months, followed by termination of supervised release.  The defendant's underlying offense involved conspiracy and possession with intent to distribute marijuana in 2015.  In 2016, he violated supervision by using controlled substances and failing to complete a halfway house program.  In 2018 and 2019, he violated supervision by possessing and using controlled substances and failing to submit to substance abuse testing.  The allegations here are markedly similar – ongoing methamphetamine and marijuana usage.  He previously received two separate 6-month sentences, which did not deter him from returning to his drug addiction.  He initially successfully completed substance abuse treatment, even though he continued to test positive for drugs.  Then, in February 2021,

he was again referred to treatment and failed to attend or complete classes.  He struggled to find employment at first, but eventually found work at Driveline and intends to resume working there upon release.  (#18, #19).

     Given the defendant's lengthy history of drug abuse and addiction, and his two prior 6-month sentences, a mid-range sentence of 9 months is warranted to reflect the seriousness of the offense, promote respect for the law, afford adequate deterrence, and protect the public.

Respectfully submitted,
COLE FINEGAN
United States Attorney

By: *s/Rebecca S. Weber*
REBECCA S. WEBER
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Rebecca.Weber@usdoj.gov
ATTORNEY FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022, I electronically filed the foregoing **GOVERNMENT'S SENTENCING STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/ Rebecca S. Weber*
REBECCA S. WEBER
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0403
E-mail: Rebecca.Weber@usdoj.gov
Attorney for Government