AO 245D (Rev. CO 11/20)    Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Supervised Release) |
| VERNON NATHAN LILLY | Case Number:  1:19-cr-00503-CMA-01 |
| | USM Number:  76533-051 |
| | David Andrew Kraut |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)   1-8 of the Superseding Petition on Person Under Supervision

☐ was found guilty of violation(s) _____
   after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 01/27/2020 |
| 2 | Possession and Use of a Controlled Substance | 02/19/2020 |
| 3 | Failure to Report to the Probation Officer as Directed | 07/16/2020 |
| 4 | Possession and Use of a Controlled Substance | 09/07/2020 |
| 5 | Possession and Use of a Controlled Substance | 02/19/2021 |
| 6 | Possession and Use of a Controlled Substance | 03/26/2021 |
| 7 | Possession and Use of a Controlled Substance | 04/29/2021 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated allegations numbered _____ and is discharged to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.:   3898 | February 15, 2022 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1980 | |
| City and State of Defendant's Residence: | *Christine M. Arguello* |
| Las Animas, Colorado | Signature of Judge |
| | Christine M. Arguello, United States District Judge |
| | Name and Title of Judge |
| | 2/17/2022 |
| | Date |

AO 245D (Rev. CO 11/20) Judgment in Criminal Case

Judgment — Page 2 of 3

DEFENDANT: VERNON NATHAN LILLY
CASE NUMBER: 1:19-cr-00503-CMA-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 8 | Possession and Use of a Controlled Substance | 09/20/2021 |

AO 245D (Rev. CO 11/20) Judgment in Criminal Case

DEFENDANT: VERNON NATHAN LILLY
CASE NUMBER: 1:19-cr-00503-CMA-01

Judgment — Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Six (6) months. No term of supervision to follow imprisonment.**

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the Bureau of Prison credits the defendant with time spent in official detention.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL